IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01038-MSK-BNB

DANNY TEMPLETON,

       Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation, and
HENRY "DOE," whose true name is unknown,

       Defendants.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Stipulated Motion to Dismiss with prejudice and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay their own costs and attorneys fees.

DATED this 2nd day of September, 2005.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge